UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| MYRON BARBER, | Civil No. 12-3101 (JRT/AJB) |
| Plaintiff, | |
| v. | |
| GOV. MARK DAYTON, RICK DUSPREHOFP, DAVID MILLER, PATRICK A. KITTRIDGE, NICOLE KUBISTA, AND MATT BOSTROM, | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| Defendants, | |

_____

Myron Barber, N-46174, L.C.C., 10930 Lawrence Road, Sumner, IL 62466, pro se plaintiff.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated January 25, 2013 [Docket No. 8].  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that:

   1. Plaintiff's Motion to Proceed In Forma Pauperis, [Docket No. 2], is **DENIED**;

   2. Plaintiff's Motion For Appointment of Counsel, [Docket No. 3], is **DENIED**;

   3. Plaintiff's Motion For Service Of Process At The Government's Expense, [Docket No. 4], is **DENIED**; and

   4. This action is **DISMISSED WITHOUT PREJUDICE**.

DATED: February 19, 2013
at Minneapolis, Minnesota.                     _____ s/John R. Tunheim _____
                                                              JOHN R. TUNHEIM
                                                        United States District Judge